1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**DARRELL L. DIETLE,**                          CIV S-06-2276 FCD GGH P

12
                                 Petitioner,    **ORDER FOR**
13                                              **ENLARGEMENT OF TIME**

14      **v.**

15   **JAMES A. YATES,**

16                                Respondent.

17

        GOOD CAUSE appearing, IT IS HEREBY ORDERED that Respondent's January 11,
18
2007, request for extension of time is granted nunc pro tunc; respondent's motion to dismiss filed
19
February 5, 2007, is deemed timely filed.
20
Dated:  2/15/07
21                                       /s/ Gregory G. Hollows

22                                       _____
                                         The Honorable Gregory G. Hollows
23

24

25

26

27

28

1  die2276.eot

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28