1
2
3
4
5
6
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DARRELL L. DIETLE,

11           Petitioner,                    No. CIV S-06-2276 FCD GGH P

12      vs.

13  JAMES A. YATES, et al.,

14           Respondent.                    ORDER

15  _____/

16          Petitioner has requested an extension of time to file a response to the order dated

17  May 31, 2007.  Good cause appearing, the request is granted.

18          Petitioner has requested the appointment of counsel.  There currently exists no

19  absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

20  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

21  any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

22  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

23  served by the appointment of counsel at the present time.

24  /////

25  /////

26  /////

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Petitioner's June 12, 2007, motion for appointment of counsel is denied

3 without prejudice to a renewal of the motion at a later stage of the proceedings;

4       2. Petitioner's June 11, 2007 request for an extension of time is granted; and

5       3 Petitioner is granted thirty days from the date of this order in which to file a

6 response to the court's order dated May 31, 2007.

7 DATED: 6/19/07                                  /s/ Gregory G. Hollows

8                                                       GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

9

10 GGH:bb
die2276.111