IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

    Petitioner,                  No. CIV S-06-2276 FCD GGH P

    vs.

JAMES A. YATES,

    Respondent.              ORDER

_____/

    Good cause appearing, IT IS HEREBY ORDERED that respondent's answer to the amended petition for writ of habeas corpus shall be filed on or before September 19, 2007.

DATED:  8/21/07

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

die2276.eot

1