IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

      Petitioner,                    No. CIV S-06-2276 FCD GGH P

   vs.

JAMES A. YATES,

      Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 17, 2007, respondent filed an answer to the fourth amended petition filed July 13, 2007.

        On October 5, 2007, petitioner filed a motion stating that he has returned to state court to exhaust additional claims. In Rhines v. Weber, 544 U.S. 269, 125 S.Ct. 1528 (2005) the Supreme Court held that a district court may stay a petition containing both exhausted and unexhausted claims while the petitioner returns to state court to exhaust new claims when 1) good cause exists for petitioner's failure to exhaust; 2) petitioner's unexhausted claims are not plainly meritless; and 3) there is no indication that petitioner engaged in "abusive litigation tactics or intentional delay." 544 U.S. at 277-278, 125 S.Ct. 1528.

/////

1       In order for the court to consider staying this action while petitioner litigates new
2 claims in state court, petitioner must file an amended petition containing the exhausted claims
3 addressed in respondent's answer and his unexhausted claims now being raised in state court.  He
4 must also file a separate motion requesting that this action be stayed, addressing the three factors
5 set forth above.
6       Accordingly, IT IS HEREBY ORDERED that petitioner is granted thirty days
7 from the date of this order to file a fifth amended petition containing his unexhausted and
8 exhausted claims and a motion to stay; respondent's response to the motion to stay is due twenty
9 days thereafter; if petitioner does not respond to this order, this action will proceed on the
10 exhausted claims raised in the fourth amended petition.
11 DATED:   12/18/07

                                                    /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

14 die2276.fb