IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

    Petitioner,                  No. CIV S-06-2276 FCD GGH P

  vs.

JAMES A. YATES, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 16, 2008, petitioner filed a motion to stay this action pending exhaustion of additional claims.  On January 22, 2008, petitioner filed a document entitled "Motion to Amend."  This document is an amended petition.  On April 21, 2008, petitioner filed a statement indicating that his claims are now exhausted.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 16, 2008, motion to stay is vacated as unnecessary;

        2. Petitioner's January 22, 2008, motion to amend is construed as an amended petition;

/////

1

1        3. Within thirty days of the date of this order, respondent shall file a response to the newly exhausted claims contained in the January 22, 2008, amended petition which were not previously addressed in the answer filed September 17, 2007; petitioner's reply to respondent's response is due thirty days thereafter.

DATED: 05/08/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

die2276.ord